

# Fourth Court of Appeals
## San Antonio, Texas

March 21, 2014

No. 04-12-00703-CV

Eric **WARD**,
Appellant

v.

Brooke **WARD**,
Appellee

From the County Court at Law No 4, Williamson County, Texas
Trial Court No. 11-1851-FC4
The Honorable John B. McMaster, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is
DENIED.

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 21st day of March, 2014.

_____
Keith E. Hottle
Clerk of Court